IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| TERRY GENTRY, on behalf of himself and all others similarly situated, § § § | |
| Plaintiffs, § § | |
| v. § | C. A. NO. 3:19-cv-00320 |
| § § | |
| HAMILTON-RYKER IT SOLUTIONS, LLC, § § | |
| Defendant. § § | |

## UNOPPOSED RULE 25 MOTION TO SUBSTITUTE ESTATE OF TERRY GENTRY

Terry Gentry passed away on January 12, 2022. (*See* Ex. A, Declaration of Kaylie Gentry.) The Estate of Terry Gentry has retained the attorneys in this lawsuit to continue representation of Plaintiff's interest after death.

Pursuant to Rule 25 of the Federal Rules of Civil Procedure:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative.

FLSA claims survive death. *See e.g. Daigle v. Angeline Enters., Inc.*, No. 6:14-cv-1008, 2015 WL 7271746, at *1 (M.D. Fla. Oct. 27, 2015) ("a claim for compensation due under the FLSA survives the death of the employee."); *Acebal v. United States*, 60 Fed. Cl. 551, 557 (2004); *Lai Yoong Low v. Tian Yu, Inc.*, No. 12 Civ.7237(HBP), 2015 WL 1011699, at *3 (S.D.N.Y. March 9, 2015); *McFeely v. Jackson St. Entm't, LLC*, 2014 WL 4182231, at *2 (D. Md. Aug. 19, 2014); *Veliz v. Cintas Corp.*, 2008 WL 2811171, at *2, n.2 (N.D. Cal. July 17, 2008).

Plaintiff's motion is timely, as neither party has filed a statement noting the death. *See* Fed. R. Civ. P. 25(a)(1).

The Estate of Terry Gentry is a proper party, as Terry Gentry died leaving a holographic will naming his two children as his beneficiaries, which will has not yet but will be submitted to probate. (*See* Ex. A, Declaration of Kaylie Gentry.)

Defendant does not oppose this Motion to Substitute.

Accordingly, Plaintiffs respectfully request that the Court grant this Motion to Substitute, and for such other and further relief to which Plaintiffs have shown themselves justly entitled.

Dated:  April 8, 2022

Respectfully submitted,

By:  s/Melinda Arbuckle
Ricardo J. Prieto
State Bar No. 24062947
Fed. ID No. 1001658
rprieto@eeoc.net
Attorney-in-Charge
Melinda Arbuckle
State Bar No. 24080773
Fed. ID No. 2629125
marbuckle@eeoc.net
SHELLIST LAZARZ SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
(713) 621-2277 – Telephone
(713) 621-0993 – Facsimile

ATTORNEYS FOR PLAINTIFF AND PUTATIVE COLLECTIVE ACTION MEMBERS

## **CERTIFICATE OF CONFERENCE**

On April 6, 2022, I confirmed with counsel for Defendant that Defendant is not opposed to the relief requested in this Motion.

                                                               s/Melinda Arbuckle
                                                               Melinda Arbuckle

## **CERTIFICATE OF SERVICE**

On April 8, 2022, I filed the foregoing document with the Clerk of Court for the Southern District of Texas using the CM/ECF method, which has served all counsel of record with a true and correct copy of this document electronically.

                                                               s/Melinda Arbuckle
                                                               Melinda Arbuckle