# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| THE ESTATE OF TERRY GENTRY, *et al.*, | § § § | |
| | § | CIVIL ACTION NO. 3:19-cv-00320 |
| V. | § § | |
| HAMILTON-RYKER IT SOLUTIONS, LLC. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 15, 2020, all dispositive and non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 39. Judge Edison filed a Memorandum and Recommendation on August 7, 2023, recommending that Plaintiffs' Motion for Entry of Attorneys' Fees and Costs Pursuant to the Fair Labor Standards Act (Dkt. 95) be granted. *See* Dkt. 118.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1)  Judge Edison's Memorandum and Recommendation (Dkt. 118) is approved and adopted in its entirety as the holding of the court; and

(2)  Plaintiffs' Motion for Entry of Attorneys' Fees and Costs Pursuant to the Fair Labor Standards Act (Dkt. 95) is granted. HR-IT is ordered to

pay Plaintiffs attorneys' fees in the amount of $160,755 and costs in the amount of $1,000.45.

SIGNED on Galveston Island this 24th day of August 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE