United States District Court
Southern District of Texas
**ENTERED**
February 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY GENTRY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | 3:19-cv-320 |
| | § | |
| HAMILTON-RYKER IT | § | |
| SOLUTIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On December 24, 2024, the court referred the plaintiffs' second motion for attorneys' fees, Dkt. 131, to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Judge Edison filed a memorandum and recommendation on January 31, 2025, recommending the court grant the plaintiffs' second motion for attorneys' fees. Dkt. 138.

On February 14, 2025, the defendant filed its objections to the memorandum and recommendation. Dkt. 141. Under 28 U.S.C. § 636(b)(1)(C), the court must "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in

part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the memorandum and recommendation, the objections, the pleadings, and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation, Dkt. 138, is approved and adopted in its entirety as the holding of the court; and

(2) The plaintiffs' second motion for attorneys' fees, Dkt. 131, is granted. Hamilton-Ryker IT Solutions, LLC, is ordered to pay the plaintiffs attorneys' fees in the amount of $85,035.00. This amount is in addition to the $161,755.45 for attorneys' fees and costs previously awarded by the court. Dkt. 119.

Signed on Galveston Island this 18th day of February, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE